```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

JUDY RASCOE o/b/o G.R.,
Heir of STEVEN H. RASCOE,
Deceased                                              PLAINTIFF


v.                       Case No. 06-6067


MICHAEL J. ASTRUE,[1] Commissioner
Social Security Administration                        DEFENDANT


ORDER

Now on this 30th day of November, 2007, there comes on for consideration the Report and Recommendation filed on November 13, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas (Doc. 9).  Plaintiff filed written objections to the report and recommendation on November 28, 2007 (Doc. 10).

The Court has considered the objections and has reviewed the case *de novo*.  The Court finds the Report and Recommendation to be proper and should be and is hereby adopted in its entirety. Accordingly, the Court adopts the Report and Recommendation (Doc. 9), affirms the decision of the Administrative Law Judge, and the Plaintiff's complaint is DISMISSED WITH PREJUDICE.

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for acting Commissioner Jo Anne B. Barnhart as the defendant in this suit.

```
     IT IS SO ORDERED this 30th day of November, 2007.


                                    /s/ Robert T. Dawson
                                   Honorable Robert T. Dawson
                                   United States District Judge
```

AO72A
(Rev. 8/82)